# Attachment B

存案 Filed


公司註冊處
**Companies Registry**

法團成立表格
(股份有限公司)
**Incorporation Form**
**(Company Limited by Shares)**

公司編號 CR No.
2646350

表格 Form **NNC1**

**1** 建議採用的公司名稱 Proposed Company Name

建議採用的公司英文名稱 Proposed English Company Name

America 2030 Capital Limited

建議採用的公司中文名稱 Proposed Chinese Company Name

**2** 公司類別 Type of Company
請在適用的空格內加上 ✓ 號  Please tick the relevant box

[✓] 私人 Private        [ ] 公眾 Public

**3** 公司在香港的註冊辦事處的建議地址
Proposed Address of the Company's Registered Office in Hong Kong

Unit 1411, 14/Floor, Cosco Tower,
183 Queen's Road Central,
Sheung Wan,
Hong Kong

(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)

**4** 電郵地址 Email Address

clients@oneibc.com

本處專用 For Official Use

Document Ref. No.:70001115880
Submission Date:24/01/2018
Resubmission Date:

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)                    Page 1/7 頁

表格 Form **NNC1**

5  公司組成時的股本及最初的股份持有情況
   **Share Capital and Initial Shareholdings on the Company's Formation**

| 股份的類別<br>(如普通股/優先股等)<br>Class of Shares<br>(e.g. Ordinary /<br>Preference etc.) | 建議發行的<br>股份總數<br>Total Number of<br>Shares Proposed<br>to be Issued | 貨幣<br>Currency | 創辦成員認購的<br>股本總額<br>Total Amount of<br>Share Capital to be<br>Subscribed by<br>Founder Members<br>(a) | 建議發行的股份的<br>將要繳付或視為<br>已繳付的總款額<br>Total Amount to be<br>Paid Up or to be<br>Regarded as Paid Up<br>on the Shares<br>Proposed to be Issued<br>(b) | 建議發行的股份的<br>尚未繳付或視為<br>尚未繳付的總款額<br>Total Amount to<br>Remain Unpaid or to<br>be Regarded as<br>Unpaid on the Shares<br>Proposed to be Issued<br>(a) − (b) |
|---|---|---|---|---|---|
| Ordinary | 10,000 | HKD | 10,000 | 10,000 | 0 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 總值 Total | 10,000 | HKD | 10,000 | 10,000 | 0 |

**5A**  股份所附帶的權利的詳情 **Particulars of Rights Attached to Shares**
(只適用於發行超過一類股份的公司 Only applicable to company issuing more than 1 class of shares)

| 股份的類別<br>(如普通股/<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary/<br>Preference etc.) | 附帶的權利的詳情<br>(包括表決權;在分派股息時參與該項分派的權利;<br>在分派股本時參與該項分派的權利;該類別股份是否屬可贖回股份等)<br>Particulars of Rights Attached<br>(Including voting rights; rights to participate in a distribution as respects dividends;<br>rights to participate in a distribution as respects capital; whether the shares are redeemable etc.) |
|---|---|
|  |  |

表格 Form **NNC1**

## 6 創辦成員 Founder Members

**1 中文姓名／名稱 Name in Chinese**

**英文姓名／名稱 Name in English:** SKLAROV, VAL

**地址 Address:** 142 Gold Springs Court, Canton, Georgia. 30114-6333

**國家／地區 Country／Region:** United States

| 認購的股本 Share Capital to be Subscribed | 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目 Shares Proposed to be Issued to the Member | | |
|---|---|---|---|---|
| | | 總數 Total Number | 貨幣 Currency | 總款額 Total Amount |
| | Ordinary | 10,000 | HKD | 10,000 |
| | | | | |
| | | | | |
| | 總值 Total | 10,000 | HKD | 10,000 |

**2 中文姓名／名稱 Name in Chinese**

**英文姓名／名稱 Name in English**

**地址 Address**

**國家／地區 Country／Region**

| 認購的股本 Share Capital to be Subscribed | 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 建議向該成員發行的股份數目 Shares Proposed to be Issued to the Member | | |
|---|---|---|---|---|
| | | 總數 Total Number | 貨幣 Currency | 總款額 Total Amount |
| | | | | |
| | | | | |
| | | | | |
| | 總值 Total | | | |

表格 Form **NNC1**

**7  首任公司秘書 First Company Secretary**

**A. 公司秘書(自然人) Company Secretary (Natural Person)**

1  中文姓名 Name in Chinese

英文姓名 Name in English
- 姓氏 Surname
- 名字 Other Names

前用姓名 Previous Names

中文 Chinese | 英文 English

別名 Alias

中文 Chinese | 英文 English

香港通訊地址 Hong Kong Correspondence Address

Hong Kong

(本處不接納郵政信箱號碼 Post office box numbers are not acceptable)

電郵地址 Email Address

身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number  ( )
(b) 護照 Passport  簽發國家 Issuing Country  號碼 Number

**B. 公司秘書(法人團體) Company Secretary (Body Corporate)**

1  中文名稱 Name in Chinese

英文名稱 Name in English: ONE IBC LIMITED

香港地址 Hong Kong Address:
Unit 1411, 14/Floor, Cosco Tower,
183 Queen's Road Central,
Sheung Wan,
Hong Kong

(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)

電郵地址 Email Address: clients@oneibc.com

公司編號 Company Number: 2211671

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

Page 4/7 頁

表格 Form **NNC1**

## 8 首任董事 First Directors

**A. 董事(自然人) Director (Natural Person)**

1 中文姓名 Name in Chinese: 

英文姓名 Name in English
- 姓氏 Surname: SKLAROV
- 名字 Other Names: VAL

前用姓名 Previous Names: 

別名 Alias: 中文 Chinese / 英文 English

住址 Residential Address: 142 Gold Springs Court, Canton, Georgia. 30114-6333

國家／地區 Country／Region: United States

(本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)

電郵地址 Email Address: clients@oneibc.com

身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number: ( )

(b) 護照 Passport: United States | 561180248
簽發國家 Issuing Country | 號碼 Number

### 提示 Advisory Note

所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

出任董事職位同意書 Consent to Act as Director

請在適用的空格內加上 ✓ 號 Please tick the relevant box

[✓] 本人同意在公司成立為法團時擔任其董事，並確認本人已年滿 18 歲。
I consent to be a director of the company on its incorporation and confirm that I have attained the age of 18 years.

簽署 Signed : **PIN**   Signed by PIN

[ ] 出任董事職位同意書會於公司成立為法團的日期後 15 日內交付登記。
The Consent to Act as Director will be delivered for registration not later than 15 days after the date of incorporation of the company.

表格 Form **NNC1**

**8    首任董事 First Directors**    (續上頁 cont'd)

**B.    董事(法人團體) Director (Body Corporate)**

1  中文名稱
   Name in Chinese

   英文名稱
   Name in English

   地址
   Address

   國家／地區
   Country / Region    (本處不接納「轉交」地址或郵政信箱號碼 'Care of' addresses or post office box numbers are not acceptable)

   電郵地址
   Email Address

   公司編號 Company Number
   (只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)

   ---

   提示 Advisory Note

   所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
   All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

   出任董事職位同意書 Consent to Act as Director
   請在適用的空格內加上 ✓ 號  Please tick the relevant box

   ☐    本人獲上述法人團體授權確認上述法人團體同意在公司成立為法團時擔任其董事。
        I, being authorized by the above body corporate, confirm that the body corporate consents to be a director of this company on its incorporation.

   簽署 Signed : _____

   ☐    出任董事職位同意書會於公司成立為法團的日期後 15 日內交付登記。
        The Consent to Act as Director will be delivered for registration not later than 15 days after the date of incorporation of the company.

表格 Form **NNC1**

9  創辦成員陳述書 Statement of Founder Member

本人現核證 I certify that：

(a) 本人為公司的創辦成員或獲其授權人士(如創辦成員為法人團體)並獲其他創辦成員(如有的話)授權簽署本表格。
I am a founder member of this company or an authorized person of a founder member, which is a body corporate (if applicable) and am authorized by the other founder members (if any) to sign this incorporation form.

(b) 名列本表格內的每一名屬自然人的公司秘書通常居於香港。
Each of the company secretaries named in this form who is a natural person ordinarily resides in Hong Kong.

(c) 名列本表格內但未簽署「出任董事職位同意書」的每一名董事已同意在公司成立為法團時擔任其董事，每一名屬自然人的董事並且已年滿 18 歲。
Each of the directors named in this form who has not signed the 'Consent to Act as Director' has consented to be a director of this company on its incorporation and each director who is a natural person has attained the age of 18 years.

(d) 所有創辦成員已為《公司條例》第 67(1)(a) 條的目的而簽署公司的章程細則，並確認連同本表格交付的公司章程細則的文本的內容，與由所有創辦成員簽署的該等章程細則的內容相同。
The company's articles have been signed by all founder members for the purposes of section 67(1)(a) of the Companies Ordinance. The contents of the copy of the company's articles delivered together with this form are the same as those of the articles signed by all founder members.

(e) 本表格所載的資料、陳述及詳情均屬準確，並與公司的章程細則內的資料、陳述及詳情相符。
The information, statements and particulars contained in this form are accurate and consistent with those contained in the company's articles.

(f) 公司已遵守《公司條例》中就有關公司註冊的所有規定。
All the requirements of the Companies Ordinance in respect of the registration of the company have been complied with.

簽署 Signed: **PIN**    Signed by PIN

姓名 Name : SKLAROV, VAL    日期 Date : 24 / 01 / 2018
創辦成員 Founder Member    日 DD / 月 MM / 年 YYYY

存案 Filed



公司註冊處
**Companies Registry**

更改公司秘書及董事通知書(委任／停任)
**Notice of Change of Company Secretary and Director (Appointment／Cessation)**

表格 Form **ND2A**

公司編號 **Company Number**: 2646350

**1 公司名稱 Company Name**

America 2030 Capital Limited

**2 公司秘書／董事的停任 Cessation to Act as Company Secretary／Director**

**A. 現時在公司註冊處登記的詳情 Particulars Currently Registered with the Companies Registry**

身分 **Capacity**: ☐ 公司秘書 Company Secretary  ☐ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: 

公司秘書／董事的詳情(自然人) **Particulars of Company Secretary／Director (Natural Person)**

中文姓名 Name in Chinese:

英文姓名 Name in English — 姓氏 Surname:
名字 Other Names:

身分證明 Identification:
香港身分證號碼 Hong Kong Identity Card Number:
護照號碼 Passport Number:

**或 OR**

公司秘書／董事的詳情(法人團體) **Particulars of Company Secretary／Director (Body Corporate)**
中文及英文名稱 Chinese and English Names:

**B. 停任詳情 Details of Cessation**

停任原因 **Reason for Cessation**: ☐ 辭職／其他 Resignation／Others   ☐ 去世 Deceased

停任日期 **Date of Cessation**: 日 DD／月 MM／年 YYYY

上述董事或候補董事在停任日期後，是否仍然擔任這公司的候補董事或董事職位？
Will this director or alternate director continue to hold office as alternate director or director in this company after the date of cessation?   ☐ 是 Yes   ☐ 否 No

本處專用 **For Official Use**
Document Ref. No.: 70001160481
Submission Date: 26/03/2018
Resubmission Date: -

*e*

表格 Form **ND2A**

公司編號 Company Number: 2646350

**3 委任公司秘書／董事(自然人) Appointment of Company Secretary／Director (Natural Person)**

| 身分 Capacity | | |
|---|---|---|
| ☐ 公司秘書 Company Secretary | ☑ 董事 Director | ☐ 候補董事 Alternate Director |

代替 Alternate to: 

| 中文姓名 Name in Chinese | | |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | VASYLIV |
| | 名字 Other Names | TETYANA |
| 前用姓名 Previous Names | 中文 Chinese | |
| | 英文 English | |
| 別名 Alias | 中文 Chinese | |
| | 英文 English | |
| 地址 Address | | 142 GOLD SPRING CT, |
| | | CANTON GA 30114-6333, |
| | | CHEROKEE, |
| | 國家／地區 Country／Region | United States |
| 電郵地址 Email Address | | clients@oneibc.com |

**身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: 
(b) 護照 Passport — 簽發國家 Issuing Country: Ukraine
號碼 Number: EH594639

委任日期 Date of Appointment: 26 / 03 / 2018
日 DD / 月 MM / 年 YYYY

上述董事或候補董事在獲得這次委任時，是否已經是該公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?
☐ 是 Yes
☑ 否 No

**提示 Advisory Note**: 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

**出任董事職位同意書 Consent to Act as Director**
本人同意擔任公司的董事，並確認本人已年滿18歲。
I consent to act as a director of this company and confirm that I have attained the age of 18 years.

PIN  Signed by PIN

VASYLIV, TETYANA
董事 Director

表格 Form **ND2A**

公司編號 Company Number: 2646350

**4 委任公司秘書／董事(法人團體) Appointment of Company Secretary／Director (Body Corporate)**

身分 Capacity:
- ☐ 公司秘書 Company Secretary
- ☐ 董事 Director
- ☐ 候補董事 Alternate Director

代替 Alternate to: 

中文名稱 Name in Chinese:

英文名稱 Name in English:

地址 Address:

國家／地區 Country／Region:

電郵地址 Email Address:

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

委任日期 Date of Appointment: 日 DD / 月 MM / 年 YYYY

上述董事或候補董事在獲得這次委任時，是否已經是這公司的現任候補董事或董事？
Is this director or alternate director already an existing alternate director or director in this company at the time of this appointment?
- ☐ 是 Yes
- ☐ 否 No

提示 Advisory Note: 所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

出任董事職位同意書 Consent to Act as Director

**5 確認(適用的話) Confirmation (if applicable)**
名列本通知書內的每一名獲委任為公司秘書的自然人通常居於香港。
Each natural person appointed as company secretary and named in this Notice ordinarily resides in Hong Kong.

簽署 Signed: PIN   Signed by PIN
姓名 Name: ONE IBC LIMITED
身分 Capacity: 公司秘書 Company Secretary
日期 Date: 26 / 03 / 2018  (日 DD / 月 MM / 年 YYYY)

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)   Page 3/3 頁