# Attachment H

GEORGIA SECRETARY OF STATE
ROBYN A. CRITTENDEN

HOME (/)

# GEORGIA CORPORATIONS DIVISION

## BUSINESS SEARCH RESULTS

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERICAN STUCCO REPAIRS LLC (/businesssearch/BusinessInformation?businessId=2371409&businessType=Domestic%20Limited%20Liability%20Company) | 17079421 | Domestic Limited Liability Company | 2432 Kilgore Rd., Buford, GA, 30519, USA | Daniel Laurentiu Batinas | Admin. Dissolved |
| 1ST SAFE CAR, LLC (/businesssearch/BusinessInformation?businessId=1635750&businessType=Domestic%20Limited%20Liability%20Company) | 11048201 | Domestic Limited Liability Company | 12850 Hwy 9, suite 600-342, Alpharetta, GA, 30004 | Dusek, John Gerard | Dissolved |
| 531 Ashland Parkway, LLC (/businesssearch/BusinessInformation?businessId=2318760&businessType=Domestic%20Limited%20Liability%20Company) | 17032981 | Domestic Limited Liability Company | 531 Ashland Parkway, Woodstock, GA, 30189, USA | Erfan Quadri | Active/Compliance |
| A and D Pipe, Inc. (/businesssearch/BusinessInformation?businessId=907969&businessType=Domestic%20Profit%20Corporation) | K412984 | Domestic Profit Corporation | PO Box 13505, MACON, GA, 31208, USA | PERRY A. WILSON | Active/Compliance |
| ACL Designs, LLC (/businesssearch/BusinessInformation?businessId=1952438&businessType=Domestic%20Limited%20Liability%20Company) | 14060668 | Domestic Limited Liability Company | P.O. Box 3307, Suwanee, GA, 30024, USA | Hicks Law Group | Active/Compliance |

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| ACUWELLNESS ATLANTA INC (/businesssearch/BusinessInformation?businessId=161024&businessType=Domestic%20Profit%20Corporation) | 0247872 | Domestic Profit Corporation | 550 PHARR ROAD, SUITE 410, ATLANTA, GA, 30305, USA | LI LIU | Active/Compliance |
| AFRICAN AMERICAN AGRICULTURALISTS ASSOCIATION, INC. (/businesssearch/BusinessInformation?businessId=1638411&businessType=Domestic%20Nonprofit%20Corporation) | 11053813 | Domestic Nonprofit Corporation | 2433 W J Story Road, Buena Vista, GA, 31803, USA | EDDIE SLAUGHTER | Active/Compliance |
| AHT TECHNOLOGY HOLDINGS LLC (/businesssearch/BusinessInformation?businessId=1755127&businessType=Domestic%20Limited%20Liability%20Company) | 12072606 | Domestic Limited Liability Company | 250 Pharr Rd NE, 810, Atlanta, GA, 30305, USA | Ereco Maddox | Active/Compliance |
| ALLAN MYERS, INC. (/businesssearch/BusinessInformation?businessId=315020&businessType=Foreign%20Profit%20Corporation) | 0466878 | Foreign Profit Corporation | MARK MCGONAGLE, 1805 BERKS ROAD, WORCESTER, PA, 19490 | C T Corporation System | Active/Compliance |
| AMB Warranty 11, LLC (/businesssearch/BusinessInformation?businessId=2078340) | 15064530 | | | | |
| AMB Warranty11, LLC (/businesssearch/BusinessInformation?businessId=2078340&businessType=Domestic%20Limited%20Liability%20Company) | 15064530 | Domestic Limited Liability Company | 12460 Crabapple Rd., Suite 202-355, Alpharetta, GA, 30004, USA | DOUGLAS P. KREVOLIN | Active/Compliance |
| AMERI-CALL E. M. S. INC. (/businesssearch/BusinessInformation?businessId=95223&businessType=Domestic%20Profit%20Corporation) | 0138376 | Domestic Profit Corporation | PO BOX 1911, FOREST PARK, GA, 30298-1911, USA | RANDALL KEA STROZIER III | Admin. Dissolved |

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERI-CALL ENTERPRISES, INC. (/businesssearch/BusinessInformation?businessId=709166&businessType=Domestic%20Profit%20Corporation) | J610884 | Domestic Profit Corporation | 6000 LIVE OAK PKWY STE 111A, NORCROSS, GA, 30093-1732, USA | JACQUE WOOD | Admin. Dissolved |
| AMERI-CAN PEDIGREED SEED COMPANY, INC. (/businesssearch/BusinessInformation?businessId=872538&businessType=Foreign%20Profit%20Corporation) | K307091 | Foreign Profit Corporation | 1920 5TH ST, DAVIS, CA, 95616-4018, USA | C T CORPORATION SYSTEM | Admin. Dissolved |
| AMERI-CAP COMMERCIAL LENDING CORP. (/businesssearch/BusinessInformation?businessId=1128498&businessType=Domestic%20Profit%20Corporation) | K931168 | Domestic Profit Corporation | 27012 GARDNER DR, ALPHARETTA, GA, 30004-2185, USA | NONE | Admin. Dissolved |
| AMERI-CARE EMS, INC. (/businesssearch/BusinessInformation?businessId=952738&businessType=Domestic%20Profit%20Corporation) | K525681 | Domestic Profit Corporation | 295 VALLEY HILL RD., RIVERDALE, GA, 30274, USA | JANINE VOJTESAK | Admin. Dissolved |
| AMERI-CARE, INC. OF ILLINOIS (/businesssearch/BusinessInformation?businessId=636297&businessType=Foreign%20Profit%20Corporation) | J251388 | Foreign Profit Corporation | 5S185 FRONTENAC RD, NAPERVILLE, IL, 60563-1752, USA | NONE | Withdrawn |
| America & Asia Access Consulting LLC (/businesssearch/BusinessInformation?businessId=2150678&businessType=Domestic%20Limited%20Liability%20Company) | 16008805 | Domestic Limited Liability Company | 780 Cooper Farm Way, Johns Creek, GA, 30097, USA | Zhiqiang Ji | Active/Compliance |

AMERICA - DEALER, LLC (/businesssearch/BusinessInformation?businessId=1739300)  12057252

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERICA 1 RENOVATIONS, INC. (/businesssearch/BusinessInformation?businessId=1356918&businessType=Domestic%20Profit%20Corporation) | 08038164 | Domestic Profit Corporation | 218 PICKETS ROW, PEACHTREE CITY, GA, 30269, USA | Sayers, Kenny | Active/Compliance |
| America 1 Services, Inc. (/businesssearch/BusinessInformation?businessId=2410691&businessType=Domestic%20Profit%20Corporation) | 17110313 | Domestic Profit Corporation | 218 Pickets Row, Peachtree City, GA, 30269, USA | Kenny Sayers | Active/Compliance |
| AMERICA 1 TRANSPORTATION "CORPORATION" (/businesssearch/BusinessInformation?businessId=1526509&businessType=Domestic%20Profit%20Corporation) | 10027427 | Domestic Profit Corporation | 218 Pickets Row, Peachtree City, GA, 30269 | Sayers, Kenny | Admin. Dissolved |
| AMERICA 101, LLC (/businesssearch/BusinessInformation?businessId=1439954&businessType=Domestic%20Limited%20Liability%20Company) | 09023910 | Domestic Limited Liability Company | 124 Meridian Drive, Woodstock, GA, 30188, USA | Schneider, Hui-Ping | Active/Compliance |
| AMERICA 2015 LLC (/businesssearch/BusinessInformation?businessId=2128109&businessType=Domestic%20Limited%20Liability%20Company) | 15107366 | Domestic Limited Liability Company | 1210 E DE RENNE AVE, SAVANNAH, GA, 31406, USA | WALTER WILCOX | Active/Compliance |
| AMERICA 2030 CAPITAL LLC (/businesssearch/BusinessInformation?businessId=2454928&businessType=Foreign%20Limited%20Liability%20Company) | 18019529 | Foreign Limited Liability Company | 1301 Shiloh Rd NW, Suite 1231, Kennesaw, GA, 30144, USA | Val Sklarov | Active/Compliance |

< Previous  ...  1  2  3  4  5  ...  Next >    Page 1 of 427, records 1 to 25 of 10664    Go to Page [ ]

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: http://www.sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 4.9.2

Report a Problem?

GEORGIA SECRETARY OF STATE
ROBYN A. CRITTENDEN

GEORGIA
CORPORATIONS DIVISION

HOME (/)

## BUSINESS SEARCH RESULTS

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERICA 4 LESS REALTY, INC. (/businesssearch/BusinessInformation?businessId=1159680&businessType=Domestic%20Profit%20Corporation) | 0647551 | Domestic Profit Corporation | P.O. Box 4796, Eatonton, GA, 31024 | Dixon, Karen E. | Admin. Dissolved |
| AMERICA 5 STAR, INC. (/businesssearch/BusinessInformation?businessId=402570&businessType=Domestic%20Profit%20Corporation) | 0578690 | Domestic Profit Corporation | 1049 POWERS FERRY RD., #909, MARIETTA, GA, 30069, USA | ANDRE DESOUZA RIBEIRO | Admin. Dissolved |
| America A Care LLC (/businesssearch/BusinessInformation?businessId=2303511&businessType=Domestic%20Limited%20Liability%20Company) | 17028637 | Domestic Limited Liability Company | 636 Simon Ive DR, Lawrenceville, GA, 30045, USA | Yasmin Malik | Active/Compliance |
| AMERICA A-1 INC (/businesssearch/BusinessInformation?businessId=1679048&businessType=Domestic%20Profit%20Corporation) | 11092020 | Domestic Profit Corporation | 2626 Skyview Drive, Suite A, Lithia Springs, GA, 30122, USA | Rony, Mostafa S | Active/Compliance |
| AMERICA ABROAD, INCORPORATED (/businesssearch/BusinessInformation?businessId=930686&businessType=Domestic%20Profit%20Corporation) | K503628 | Domestic Profit Corporation | 2221 PEACHTREE RD NE STE D152, ATLANTA, GA, 30309-1148, USA | JOHN T. O'SHAUGHNESSY | Admin. Dissolved |
| AMERICA ASIA HOLDINGS, INC. (/businesssearch/BusinessInformation?businessId=2081150&businessType=Domestic%20Profit%20Corporation) | 15067738 | Domestic Profit Corporation | 9 Harmony Grove Road, Lilburn, GA, 30047, USA | Thomas Elakatt | Admin. Dissolved |

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERICA ASIA HOLDINGS, LLC. (/businesssearch/BusinessInformation?businessId=2079705&businessType=Domestic%20Limited%20Liability%20Company) | 15065454 | Domestic Limited Liability Company | 9 Harmony Grove Road, Lilburn, GA, 30047, USA | Thomas Elakatt | Admin. Dissolved |
| AMERICA ASSETS MANAGEMENT, LLC (/businesssearch/BusinessInformation?businessId=1771172&businessType=Domestic%20Limited%20Liability%20Company) | 12088883 | Domestic Limited Liability Company | 6290 North Lee Street, Morrow, GA, 30260, USA | Minh Trang N Le | Active/Compliance |
| America at Peace Corporation (/businesssearch/BusinessInformation?businessId=2211855&businessType=Domestic%20Nonprofit%20Corporation) | 16059224 | Domestic Nonprofit Corporation | 5935 Singleton rd, Norcross, GA, 30093, USA | Derek Peacock | Admin. Dissolved |
| AMERICA AUTO BODY PAINT & COLLISION CENTER, INC. (/businesssearch/BusinessInformation?businessId=1442058&businessType=Domestic%20Profit%20Corporation) | 0231053 | Domestic Profit Corporation | 4095 LAWRENCEVILLE HWY, TUCKER, GA, 30084-4620, USA | TYRON N. AARON | Admin. Dissolved |
| AMERICA AUTO BODY, INC. (/businesssearch/BusinessInformation?businessId=1545114&businessType=Domestic%20Profit%20Corporation) | 10046238 | Domestic Profit Corporation | 4095 Lawrenceville Hwy. 29, Tucker, GA, 30084, USA | WILLIAMS-ARON, OSVALDO G. | Active/Compliance |
| AMERICA AUTO CENTER.LLC (/businesssearch/BusinessInformation?businessId=1324117&businessType=Domestic%20Limited%20Liability%20Company) | 08006215 | Domestic Limited Liability Company | 2329 Veterian Memorial, suite A, Mableton, GA, 30126, USA | Nyame, Joseph | Admin. Dissolved |
| America Auto Finance, Inc. (/businesssearch/BusinessInformation?businessId=2052006&businessType=Name%20Reservation) | 15038194 | Name Reservation | NONE | NONE | Redeemed |
| America Auto Finance, Inc. (/businesssearch/BusinessInformation?businessId=2054708&businessType=Domestic%20Profit%20Corporation) | 15040896 | Domestic Profit Corporation | 1770 Indian Trail-Lilburn Road, Suite 200-28, Norcross, GA, 30093, USA | Scott King, Esq. | Active/Compliance |
| AMERICA AUTO SERVICES, INC. (/businesssearch/BusinessInformation?businessId=1180226&businessType=Domestic%20Profit%20Corporation) | 0669828 | Domestic Profit Corporation | 35 Arcado ROad, Lilburn, GA, 30047 | Humana, Andres | Admin. Dissolved |

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530. Phone: (404) 656-2817 Toll-free: (844) 753-7825. WEBSITE: http://www.sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 4.9.2

Report a Problem?

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| AMERICA AUTO SERVICES, LLC (/businesssearch/BusinessInformation?businessId=1741068&businessType=Domestic%20Limited%20Liability%20Company) | 0260954 | Domestic Limited Liability Company | 8325 ROSWELL RD, ATLANTA, GA, 30076, USA | RENATO SILVA FAVORETTO | Admin. Dissolved |
| AMERICA AUTO STORE, INC. (/businesssearch/BusinessInformation?businessId=1192091&businessType=Domestic%20Profit%20Corporation) | 0692450 | Domestic Profit Corporation | 3054 Ramsey Pl., Marietta, GA, 30062 | NONE | Admin. Dissolved |
| America Bangladesh Corp (/businesssearch/BusinessInformation?businessId=2235524&businessType=Domestic%20Profit%20Corporation) | 16080555 | Domestic Profit Corporation | 4039 Stillwater Dr, Duluth, GA, 30096, USA | Khan Rahman, MohammedMasudur | Active/Compliance |
| AMERICA BANGLADESH LLC (/businesssearch/BusinessInformation?businessId=2062466&businessType=Name%20Reservation) | 15048656 | Name Reservation | NONE | NONE | Redeemed |
| AMERICA BANGLADESH LLC (/businesssearch/BusinessInformation?businessId=2066263&businessType=Domestic%20Limited%20Liability%20Company) | 15052453 | Domestic Limited Liability Company | 3170 MARY TODD LANE, DACULA, GA, 30019 | AZADUL ISLAM | Admin. Dissolved |
| America Batupui Baptist Church, Inc (/businesssearch/BusinessInformation?businessId=2186424&businessType=Domestic%20Nonprofit%20Corporation) | 16036369 | Domestic Nonprofit Corporation | 1744 Rhonda Lane, Stone Mountain, GA, 30087, USA | Vantun Oitoe | Active/Compliance |
| AMERICA BENEFITS PROMOTIONS, INC. (/businesssearch/BusinessInformation?businessId=874303&businessType=Domestic%20Profit%20Corporation) | K308856 | Domestic Profit Corporation | RT. 1, BOX 2548-A, LAKEMONT, GA, 30552, USA | RICHARD V LEDFORD | Admin. Dissolved |
| AMERICA BEST DRYWALL INC (/businesssearch/BusinessInformation?businessId=1255489&businessType=Domestic%20Profit%20Corporation) | 07045701 | Domestic Profit Corporation | 236 SUNFLOWERS DR, BONAIRE, GA, 31005, USA | LEON, ANGEL | Admin. Dissolved |
| AMERICA BEST NANNY, INC (/businesssearch/BusinessInformation?businessId=1693966&businessType=Domestic%20Profit%20Corporation) | 12010636 | Domestic Profit Corporation | 5345 Floyd Road SW, Suite B, Mableton, GA, 30126 | Igwe, Alexander Ibhade | Admin. Dissolved |
| AMERICA BEST TRUCKING, LLC (/businesssearch/BusinessInformation?businessId=1476469&businessType=Domestic%20Limited%20Liability%20Company) | 12019530 | Domestic Limited Liability | 5102 Centennial Creek View, Acworth, GA, 30102 | Sahara Dinmohamady | Admin. Dissolved |

< Previous  …  1  2  3  4  5  …  Next >   Page 2 of 427, records 26 to 50 of 10664

Go to Page

Back