IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICA 2030 CAPITAL LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| PRESCIENT INVESTMENT LIMITED ) | NO. 1:18-cv-04875-AT |
| and MAXIMUM SUCCESS CAPITAL ) | |
| PARTNERS LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT MAXIMUM SUCCESS CAPITAL PARTNERS LIMITED'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE <u>DISCLOSURE STATEMENT</u>**

Defendant Maximum Success Capital Partners Limited ("MSCP"), in accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Maximum Success Capital Partners Limited (Defendant)

Maximum Success Capital Group Limited (Parent of Defendant)

[removed]

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| William W. Maycock<br>Vickie C. Rusek | Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street, NE<br>Suite 3100, Promenade<br>Atlanta, GA 30309-3589<br>T: (404) 815-3500<br>F: (404) 685-6887<br>bmaycock@sgrlaw.com<br>vrusek@sgrlaw.com |

Respectfully submitted, this 22nd day of January, 2019.

                              SMITH, GAMBRELL & RUSSELL, LLP

                              *s/ William W. Maycock*
                              William W. Maycock
                              Georgia Bar No. 479175
                              Vickie C. Rusek
                              Georgia Bar No. 487697

                              *Attorneys for Defendant Maximum Success Capital Partners Limited*

1230 Peachtree Street, N.E.
Promenade, Suite 3100
Atlanta, Georgia 30309-3592
T: (404) 815-3500
F: (404) 685-6887
bmaycock@sgrlaw.com
vrusek@sgrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICA 2030 CAPITAL LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| PRESCIENT INVESTMENT LIMITED ) | NO. 1:18-cv-04875-AT |
| and MAXIMUM SUCCESS CAPITAL ) | |
| PARTNERS LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this date, served the foregoing **DEFENDANT MAXIMUM SUCCESS CAPITAL PARTNERS LIMITED'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by causing the same to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing sufficient to constitute service to all counsel of record.

This 22nd day of January, 2019.

                            SMITH, GAMBRELL & RUSSELL, LLP

                            *s/ William W. Maycock*
                            William W. Maycock
                            Georgia Bar No. 479175
                            Vickie C. Rusek
                            Georgia Bar No. 487697

                            *Attorneys for Defendant Maximum Success Capital Partners Limited*

1230 Peachtree Street, N.E.
Promenade, Suite 3100
Atlanta, Georgia  30309-3592
T: (404) 815-3500
F: (404) 685-6887
bmaycock@sgrlaw.com
vrusek@sgrlaw.com

SGR/19754657.1

2