In the United State District Court
Northern District of Georgia
Atlanta Division

| | | |
|---|---|---|
| America 2030 Capital Limited | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No 1:18-cv-04875-AT |
| | ) | |
| Prescient Investment Limited | ) | |
| Maximum Success Capital Partners | ) | |
| Ltd. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | / | |

## MOTION TO DISMISS WITHOUT PREJUDICE

  Comes now Plaintiff America 2030 Capital Limited,  files this motion to dismiss

this case against the party Maximum Success Capital Partners Ltd, without

prejudice, pursuant to FRCP 41 prior to Defendant filing a motion for summary

judgment.

_____
Esther Oise
686342
Oise Law Group PC
1565 Woodington Circle Ste 101D
Lawrenceville GA
30044
770895376
4045376531

oiselaw@gmail.com

## **CERTIFICATE OF SERVICE**

I , Esther Oise, Counsel for Plaintiff, on this 12th day of February, 2019, served

to counsel for Defendant Maximum Success Capital Partners Ltd, true copies of

the motion to dismiss without prejudice via CM/ECF:

William Maycock

Smith, Gambrl & Russell LLP

Promenade, Suite 3100 | 1230 Peachtree St. N.E.

| Atlanta, GA 30309

<u>s/Esther Oise Esq</u>.
Bar No 686342
Attorney for Plaintiff
America 2030
Oise Law Group
1565 Woodington Circle Suite 101D
Lawrenceville, GA 3004
Phone:   (770)-895-3736
Fax:     4045376531
oiselaw@gmail.com